# D'AMATO & LYNCH, LLP

GEORGE G. D'AMATO (2007)
LUKE O. LYNCH (1900)
FOUNDING PARTNERS

ATTORNEYS AT LAW
TWO WORLD FINANCIAL CENTER
NEW YORK, N.Y. 10281
TELEPHONE 212-269-0927

TELECOPIER: 212-269-3559

WWW.DAMATO-LYNCH.COM

LONDON OFFICE
LLOYD'S
ONE LIME STREET
LONDON, EC3M7HA, ENGLAND
TELEPHONE 0207 816 5977
TELECOPIER 0207 816 7257

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2010

Alfred A. D'Agostino, Jr.
(212) 909-2101
ADAgostino@damato-lynch.com

July 16, 2010

**MEMO ENDORSED**

*Application granted*
*SO ORDERED*
*[signature]*
*7-16-10*

**Via Telefax 212-805-7949**
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Peal Street
New York, New York

      Re:   Branescu v. Scull & Scully, Inc.
            Our File No.: 101-75727
            Case No.: 10 Civ 5250 (PKC)

Honorable Sir:

      We represent the defendant Scully & Scully, Inc. in the above-captioned matter.

      I have spoken with counsel for the plaintiff and he has consented to my serving and filing the Answer to the First Amended Complaint on Monday, July 19, 2010. While it is unclear, we believe that the Answer may be due on July 17, a Saturday. Plaintiff believes it to be today. We simply want to submit the Answer on Monday, July 19. As stated above counsel for plaintiff has consented. There have been no previous requests for an extension to respond to the First Amended Complaint.

      Should you have any questions, I will be available to discuss.

                              Respectfully submitted,

                              Alfred A. D'Agostino, Jr.

AAD:av
cc: Paul Keefe, Esq. (Via Telefax)

#364306v1